NO. SCPR-12-0000567

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE JOHN M. DEZZANI, Petitioner.

---

ORIGINAL PROCEEDING

ORDER GRANTING PETITION TO RESIGN AND SURRENDER LICENSE
(By:  Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.,
and Intermediate Court of Appeals Associate Judge Fujise,
assigned by reason of vacancy)

Upon consideration of Petitioner John M. Dezzani's petition to resign and surrender his license to practice law in the State of Hawaiʻi, filed pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), and of the affidavits and exhibits in support thereof,

IT IS HEREBY ORDERED that the petition is granted.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that Petitioner shall comply with the notice, affidavit, and record requirements of RSCH Rule 2.16(a), (b), (d), and (g).

IT IS FINALLY ORDERED that the Clerk shall remove the name of Petitioner John M. Dezzani, attorney number 7270, from the roll of attorneys of the State of Hawaiʻi, effective with the filing of this order.

DATED:  Honolulu, Hawaiʻi, July 10, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Alexa D.M. Fujise

